NOT FOR PUBLICATION                                                                                     (Doc. Nos. 7, 10)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| LOWELL NOTTAGE | : | |
| Plaintiff, | : | Civil No. 12-03434 (RBK/JS) |
| v. | : | **ORDER** |
| SUPERIOR COURT OF NEW JERSEY, et al. | : | |
| Defendants. | : | |

**THIS MATTER** having come before the Court on the motions of Sun National Bank and the Superior Court of New Jersey to dismiss the complaint of Lowell Nottage ("Plaintiff") for lack of subject matter jurisdiction and for failure to state a claim, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), respectively, and the Court having considered the moving papers and attached documents; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Sun National Bank's motion to dismiss (Doc. No. 7) and the Superior Court of New Jersey's motion to dismiss (Doc. No. 10) are **GRANTED**.

**IT IS HEREBY FURTHER ORDERED** that Plaintiff may file an amended complaint without first seeking leave of the Court on or before **March 25, 2013**.

Dated: 3/7/2013                                                                      /s/ Robert B. Kugler
                                                                                              ROBERT B. KUGLER
                                                                                              United States District Judge